**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

SCOTT D. DAVIS,

      Plaintiff,

  v.              No. 1:08-CV-1258
                     (FJS/DRH)

KALEEL JAMISON CONSULTING GROUP, INC.

      Defendant.

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

  The Court has been advised by United States Magistrate Judge David R. Homer that the parties in the above-captioned case have reported to him that the case has been settled. Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

  **ORDERED** that:

    1. The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty (60) days of the date of the filing of this order upon a showing that the settlement was not consummated;

    2. The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty (60) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

    3. The Court will retain jurisdiction to enforce the settlement agreement in this case; and

          4. The Clerk shall forthwith serve by electronic mail or regular mail copies of this Judgment upon the parties appearing in this action.

**IT IS SO ORDERED.**

DATED: January 23, 2009
Syracuse, New York

                                            Frederick J. Scullin, Jr.
                                            Senior United States District Court Judge